FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0627

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0627

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOHN EDWARD SMITH Jr.,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 27, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 17 2024